UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Noel C Thompson  
    Tilanta Thompson  
          Debtor(s)

Case No. 13 B 26065

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/26/2013.

2) The plan was confirmed on 08/26/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 08/26/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 02/09/2015.

5) The case was Dismissed on 03/02/2015.

6) Number of months from filing to last payment: 20.

7) Number of months case was pending: 23.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $12,780.72 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $12,780.72

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,409.05 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $509.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,918.29

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACC International | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| Adventist Hinsdale Hospital | Unsecured | 1,435.00 | NA | NA | 0.00 | 0.00 |
| Adventist LaGrange Mem. Hosp. | Unsecured | 629.00 | NA | NA | 0.00 | 0.00 |
| American Financial CRE | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Americredit Financial Ser Inc | Secured | 25,301.00 | 25,055.34 | 25,055.34 | 6,634.61 | 1,730.19 |
| Care Station Physicians | Unsecured | 68.00 | NA | NA | 0.00 | 0.00 |
| City of Joliet | Unsecured | 213.00 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 251.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & A | Unsecured | 91.00 | NA | NA | 0.00 | 0.00 |
| Creditors Discount & Audit Co | Unsecured | 1,118.00 | 1,415.00 | 1,415.00 | 0.00 | 0.00 |
| Diabetes & Endocrine Care LTD | Unsecured | 73.00 | NA | NA | 0.00 | 0.00 |
| Docs Phys Affiliated | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| DuPage Medical Group | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Emergency Healthcare Physician | Unsecured | 385.00 | NA | NA | 0.00 | 0.00 |
| Family Eye Physicians | Unsecured | 248.00 | NA | NA | 0.00 | 0.00 |
| First Premier BANK | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| Gynecologic Care-Janice Lyon | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| Health Benefits Physicans Svcs | Unsecured | 89.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection SE | Unsecured | 1,491.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 7,525.00 | 6,649.27 | 6,649.27 | 497.63 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 442.43 | 442.43 | 0.00 | 0.00 |
| J.R.S. Inc | Unsecured | 1,352.00 | NA | NA | 0.00 | 0.00 |
| Larson Eye Center LTD | Unsecured | 118.00 | NA | NA | 0.00 | 0.00 |
| Little Co. Affliated Phys. | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| Loyola Univ. Physician Fdn. | Unsecured | 114.00 | NA | NA | 0.00 | 0.00 |
| Mary Lynn Sullivan MD | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 56.00 | NA | NA | 0.00 | 0.00 |
| MBB | Unsecured | 384.00 | NA | NA | 0.00 | 0.00 |
| Merchants Credit Guide | Unsecured | 1,378.00 | NA | NA | 0.00 | 0.00 |
| Michael McGrail MD | Unsecured | 77.00 | NA | NA | 0.00 | 0.00 |
| Northwestern Medical Faculty | Unsecured | 76.00 | 753.20 | 753.20 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Physicians Immediate Care | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| Presence Health St Joes Medical Center | Unsecured | 55.00 | 42.34 | 42.34 | 0.00 | 0.00 |
| Presence Health St Joes Medical Center | Unsecured | 988.00 | 988.00 | 988.00 | 0.00 | 0.00 |
| Presence Health St Joes Medical Center | Unsecured | 2,063.00 | 2,063.43 | 2,063.43 | 0.00 | 0.00 |
| Psychological Wellness Center | Unsecured | 502.00 | NA | NA | 0.00 | 0.00 |
| Pulmonary Consultants SC | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| Real Time Resolutions Inc | Unsecured | 2,673.00 | 2,673.42 | 2,673.42 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | 829.00 | 421.48 | 421.48 | 0.00 | 0.00 |
| Resurgent Capital Services | Unsecured | NA | 805.76 | 805.76 | 0.00 | 0.00 |
| Rheumatologist Services | Unsecured | 190.00 | NA | NA | 0.00 | 0.00 |
| Russo & Russo | Unsecured | 1,499.00 | NA | NA | 0.00 | 0.00 |
| Silver Cross Hospital | Unsecured | NA | 308.08 | 308.08 | 0.00 | 0.00 |
| Slobodan D. Vucicevic MD | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| Soumya Health LLC | Unsecured | 865.00 | NA | NA | 0.00 | 0.00 |
| ST Margaret Mercy Hlthcare CNT | Unsecured | 136.00 | NA | NA | 0.00 | 0.00 |
| Suburban Radiologists SC | Unsecured | 86.00 | NA | NA | 0.00 | 0.00 |
| Suniti Medical Corporation | Unsecured | 7,500.00 | NA | NA | 0.00 | 0.00 |
| TCF National BANK IL | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| United States Dept Of Education | Unsecured | 4,368.00 | 4,716.05 | 4,716.05 | 0.00 | 0.00 |
| US Cellular | Unsecured | 345.00 | NA | NA | 0.00 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | 0.00 | 174.13 | 174.13 | 0.00 | 0.00 |
| Vativ Recovery Solutions LLC | Unsecured | 197.00 | 109.61 | 109.61 | 0.00 | 0.00 |
| Vision Financial Servi | Unsecured | 308.00 | NA | NA | 0.00 | 0.00 |
| Wells Fargo Bank | Unsecured | 7,157.00 | 7,527.57 | 7,527.57 | 0.00 | 0.00 |
| Westbrook Open MRI LLC | Unsecured | 1,575.00 | NA | NA | 0.00 | 0.00 |
| Yatin Shah MD | Unsecured | 269.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,055.34 | $6,634.61 | $1,730.19 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$25,055.34** | **$6,634.61** | **$1,730.19** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $6,649.27 | $497.63 | $0.00 |
| **TOTAL PRIORITY:** | **$6,649.27** | **$497.63** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$22,440.50** | **$0.00** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,918.29 |
| Disbursements to Creditors | $8,862.43 |
| **TOTAL DISBURSEMENTS** : | **$12,780.72** |

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/18/2015        By: /s/ Marilyn O. Marshall
                                                   Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**